UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                                Case No. 1:18-mj-263

v.                                         Honorable Ray Kent

RICARDO PICANO VALENZUELA,

        Defendant.

_____/

## ORDER REGARDING BOND AND DETENTION

By Order of this Court dated July 30, 2018, defendant Richard Picano Valenzuela was released on a $5,000 unsecured appearance bond (ECF No. 6). A Petition and Order regarding conditions of pretrial release was filed on August 9, 2018 (ECF No. 10) and a warrant was issued that same day for defendant's arrest for bond violations (ECF No. 11). Defendant appeared before me with counsel on August 17, 2018 for a bond revocation hearing and consented to detention.

**IT IS HEREBY ORDERED** that the defendant is remanded to the custody of the Attorney General pending further proceedings before the district judge.

Date: August 17, 2018                        /s/ Ray Kent
                                         RAY KENT
                                         United States Magistrate Judge